FILED

2008 MAR 20 PM 3:51

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY RM DEPUTY

James Mincoff
NAME
24240-198
PRISON NUMBER

METROPOLITAN CORRECTIONS CENTER
PLACE OF CONFINEMENT

808 UNION ST., SAN DIEGO, CA 92101
ADDRESS

MICHAEL J. MCCABE, ESQ.
2442 Fourth Avenue
San Diego, CA 92101
(619) 231-1181
Attorney for Petitioner
JAMES MINCOFF

# United States District Court
## Southern District Of California

JAMES MINCOFF
(Full Name of Petitioner)

Petitioner

v.

MICHAEL B. MUKASEY, Attorney General of the United States; PAULA M. JARNACKE, Warden, MCC San Diego; LISA AUSTIN, Operations Manager, Designations Section, United States Bureau of Prisons.
(Name of Warden, Superintendent, Jailor, or Authorized Person Having Custody of Petitioner, e.g. Parole Officer)

Respondent

Civil No. '08 CV 0524 LAB NLS
(TO BE FILLED IN BY CLERK OF U.S. DISTRICT COURT)

PETITION FOR WRIT OF HABEAS CORPUS

UNDER 28 U.S.C. § 2241

1. Type of challenge (CHECK ONE):
   - Parole
   - Probation
   - Loss of good-time credits
   - Prison disciplinary hearing
   - × Other (specify): CHALLENGE TO DESIGNATED PLACE OF CONFINEMENT

2. Have you previously filed any petitions, applications, or motions with respect to the execution of your sentence in any court, state or federal?
   ☐ Yes ☒ No

3. If your answer to 2 was "Yes," give the following information:

   (a)(1) Name of court ______________________________

   (2) Nature of proceeding

   (3) Grounds raised

   (4) Did you receive an evidentiary hearing on your petition, application or motion?
   ☐ Yes ☐ No

   (5) Result ______________________________

   (6) Date of result ______________________________

   (b) As to any second petition, application or motion give the same information:

   (1) Name of court ______________________________

   (2) Nature of proceeding

   (3) Grounds raised

(4) Did you receive an evidentiary hearing on your petition, application or motion?
☐ Yes ☐ No

(5) Result ______________________________

(6) Date of result ______________________________

(c) Did you appeal, to the highest state court having jurisdiction, the result of action taken on any petition, application or motion?

(1) First petition, etc. ☐ Yes ☐ No

(2) Second petition, etc. ☐ Yes ☐ No

(d) If you did ***not*** appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

4. **State *concisely* every ground on which you claim that you are being held in violation of the constitution, law or treaties of the United States. Summarize *briefly* the facts supporting each ground.** If necessary, you may attach pages stating additional grounds and facts supporting same.

CAUTION: In order to proceed in the federal court, you must ordinarily first exhaust your available state court remedies as to each ground on which you request action by the federal court. Moreover, if you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

You should *raise in this petition **all** available grounds* on which you base your allegations that you are being held in custody unlawfully.

**A. Ground one:**

The failure of the Bureau of Prisons to follow its own policies regarding the place of confinement for a prisoner whose appeal is pending violates Petitioner's right to Due Process of Law Under the Fifth Amendment to the United States Constitution.

**Supporting FACTS** (state *briefly* without citing cases or law)

When Petitioner was sentenced by Judge Sabraw in his criminal case - No. 06CR1241 - Judge Sabraw recommended the place of confinement pending appeal as FCI Lompoc or FCI Terminal Island, pursuant to the provisions of Rule 38(b), F.R.Cr.P.

Petitioner has been informed the Bureau of Prisons does not intend to follow this recommendation.

Bureau of Prisons Program Statement No. P5100.08, Chapter 3, page 3, subsection (g) effective date 09/12/06 requires that if a place of confinement recommended by the court cannot be complied with "the matter is to be called to the attention of the court and an attempt is made to arrive at an acceptable place of confinement."

Petitioner has been informed the Bureau of Prisons has not contacted the sentencing court as required by its own regulations.

Placement of Petitioner in a facility far away from his appellate counsel will adversely affect his right to counsel.

**B. Ground two:**

**Supporting FACTS** (state *briefly* without citing cases or law):

**C. Ground three:**

**Supporting FACTS** (state *briefly* without citing cases or law):

**D. Ground four:**

**Supporting FACTS** (state *briefly* without citing cases or law):

5. If any of the grounds listed in 4A, B, C, and D were not previously presented in any other court, state or federal, state briefly what grounds were not presented, and give your reasons for not presenting them:

6. Do you have any petition or appeal now pending in any court, either state or federal, as to the execution of sentence under attack?
   ☐ Yes ☒ No

7. Give the name and address, if known, of each attorney who represented you in the following stages of the execution of sentence attacked herein:

   (a) In any post-conviction proceeding Michael J. McCabe, Esq., 2442 Fourth Avenue, San Diego, CA 92101; Phone (619) 231-1181 (instant petition)

   (b) On appeal from any adverse ruling in a post-conviction proceeding ______________________

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

[signature]
SIGNATURE OF ATTORNEY (IF ANY)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

03/20/08
(DATE)

[signature]
SIGNATURE OF PETITIONER

JS 44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

FILED
2008 MAR 20 PM 3:52
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY [signature] DEPUTY

**I (a) PLAINTIFFS**

JAMES MINCOFF

**DEFENDANTS**

Michael B. Mukasey,
Paula M. Jarnacke,
Lisa Auston

'08 CV 0524 LAB NLS

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Michael J. McCabe
2442 Fourth Avenue
San Diego, CA 92101
(619) 231-1181

ATTORNEYS (IF KNOWN)

Office of the United States Attorney
Southern District of California
880 Front Street, Room 6293
San Diego, CA 92101

**II. BASIS OF JURISDICTION** (PLACE AN x IN ONE BOX ONLY)

- [ ] 1 U.S. Government Plaintiff
- [x] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (PLACE AN x IN ONE BOX ONLY)

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

**V. REQUESTED IN COMPLAINT:**

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

Check YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☐ NO

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

Petition for Writ of Habeas Corpus, 28 U.S.C. Section 2241

**VII. NATURE OF SUIT** (PLACE AN x IN ONE BOX ONLY)

**CONTRACT**
- [ ] 110 Insurance
- [ ] 120 Marine
- [ ] 130 Miller Act
- [ ] 140 Negotiable Instrument
- [ ] 150 Recovery of Overpayment & Enforcement of Judgment
- [ ] 151 Medicare Act
- [ ] 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- [ ] 153 Recovery of Overpayment of Veteran's Benefits
- [ ] 160 Stockholders' Suits
- [ ] 190 Other Contract
- [ ] 195 Contract Product Liability

**REAL PROPERTY**
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent Lease & Ejectment
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [ ] 320 Assault, Libel & Slander
- [ ] 330 Federal Employers' Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [ ] 360 Other Personal Injury

PERSONAL INJURY
- [ ] 362 Personal Injury-Med Malpractice
- [ ] 365 Personal Injury-Product Liability
- [ ] 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- [ ] 370 Other Fraud
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

**CIVIL RIGHTS**
- [ ] 441 Voting
- [ ] 442 Employment
- [ ] 443 Housing/Accommodations
- [ ] 444 Welfare
- [ ] 440 Other Civil Rights

**PRISONER PETITIONS**
- [x] 510 Motions to Vacate Sentence Habeas Corpus
- [ ] 530 General
- [ ] 535 Death Penalty
- [ ] 540 Mandamus & Other
- [ ] 550 Civil Rights

**FORFEITURE/PENALTY**
- [ ] 610 Agriculture
- [ ] 620 Other Food & Drug
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 630 Liquor Laws
- [ ] 640 R.R. & Truck
- [ ] 650 Airline Regs
- [ ] 660 Occupational Safety/Health
- [ ] 690 Other

**LABOR**
- [ ] 710 Fair Labor Standards Act
- [ ] 720 Labor/Mgmt. Relations
- [ ] 730 Labor/Mgmt. Reporting & Disclosure Act
- [ ] 740 Railway Labor Act
- [ ] 790 Other Labor Litigation
- [ ] 791 Empl. Ret. Inc. Security Act

**BANKRUPTCY**
- [ ] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 840 Trademark

**SOCIAL SECURITY**
- [ ] 861 HIA (1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g))
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g))

**FEDERAL TAX SUITS**
- [ ] 870 Taxes (U.S. Plaintiff or Defendant)
- [ ] 871 IRS-Third Party 26 USC 7609

**OTHER STATUTES**
- [ ] 400 State Reapportionment
- [ ] 410 Antitrust
- [ ] 430 Banks and Banking
- [ ] 450 Commerce/ICC Rates/etc.
- [ ] 460 Deportation
- [ ] 470 Racketeer Influenced and Corrupt Organizations
- [ ] 810 Selective Service
- [ ] 850 Securities/Commodities/Exchange
- [ ] 875 Customer Challenge 12 USC 3410
- [ ] 891 Agricultural Acts
- [ ] 892 Economic Stabilization Act
- [ ] 893 Environmental Matters
- [ ] 894 Energy Allocation Act
- [ ] 895 Freedom of Information Act
- [ ] 900 Appeal of Fee Determination Under Equal Access to Justice
- [ ] 950 Constitutionality of State Statutes
- [ ] 890 Other Statutory Actions

**VIII. RELATED CASE(S)** (See instructions):
IF ANY

JUDGE Dana M. Sabraw DOCKET NUMBER 06cr1241

March 20, 2008
DATE

[signature]
SIGNATURE OF ATTORNEY OF RECORD

UNITED STATES DISTRICT COURT
CV-71 (07/92)

(CONTINUED ON REVERSE SIDE)

FD-JS44

148986 $5 - SU 3/20/08 ORIGINAL

**UNITED STATES**
**DISTRICT COURT**
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

**# 148986 - SH**

**March 20, 2008**
**15:50:21**

**Habeas Corpus**
USAO #.: 08CV0524
Judge..: LARRY A BURNS
Amount.: $5.00 CK
Check#.: BC3623

**Total-> $5.00**

FROM: MINCOFF V. MUKASEY ET AL