# PROOF OF SERVICE

Case Name: **United States of America v. James Mincoff**
Case No.: 06cr1241-DMS
Attorney: **Michael J. McCabe**

I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action. My business address is 2442 Fourth Avenue, San Diego, CA 92101.

On March 20, 2008, I served the within document(s) described as:

**PETITION FOR WRIT OF HABEAS CORPUS AND MEMORANDUM OF LAW IN SUPPORT OF PETITION FOR A WRIT OF HABEAS CORPUS**

on the interested parties in this action as stated below:.

BY HAND DELIVERY TO:

Todd Robinson, Assistant United States Attorney

I certify that I am employed as a member of the bar of this Court.

Executed on March 20, 2008, at San Diego, California.

I declare under penalty of perjury that the foregoing is true and correct.

**ALEX LANDON**
(Type or print name)

(Signature)