# PROOF OF SERVICE

Case Name: **United States of America v. James Mincoff**
Case No.: 06cr1241-DMS
Attorney: **Michael J. McCabe**

I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action. My business address is 2442 Fourth Avenue, San Diego, CA 92101.

On March 21, 2008, I served the within document(s) described as:

**PETITION FOR WRIT OF HABEAS CORPUS AND MEMORANDUM OF LAW IN SUPPORT OF PETITION FOR A WRIT OF HABEAS CORPUS**

on the interested parties in this action as stated below:.

BY U.S. MAIL TO:

Karen P. Hewitt, United States Attorney
Lisa Austin, Operations Manager, Bureau of Prisons, Grand Prairie, Texas

I certify that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 21, 2008, at San Diego, California.

I declare under penalty of perjury that the foregoing is true and correct.

**MAUREEN DEVANEY**
(Type or print name)

Maureen Devaney
(Signature)