MICHAEL J. McCABE
California Bar No. 54078
2442 Fourth Avenue
San Diego, CA 92101
Telephone (619) 231-1181
Fax (619) 232-6052

Attorney for Petitioner
**JAMES MINCOFF**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(Hon. Larry A. Burns)

| | |
|---|---|
| JAMES MINCOFF,<br><br>Petitioner,<br><br>v.<br><br>MICHAEL B. MUKASEY,<br>Attorney General of the United States;<br><br>PAULA M. JARNACKE,<br>Warden, MCC-San Diego;<br><br>LISA AUSTIN,<br>Operations Manager,<br>Designations Section,<br>United States Bureau of Prisons.<br><br>Respondents. | Civil No. 08cv0524-LAB (NLS)<br><br>**PETITIONER'S NOTICE OF RELATED CASE** |

Petitioner, James Mincoff, by and through his counsel, Michael J. McCabe, and pursuant to the provisions of Civil Local Rule 40.1(e), hereby gives notice that the instant case is related to the case of United States v. James Mincoff, 06CR1241-DMS, originally filed by indictment on June 6, 2006.

DATED: April 4, 2008

Respectfully submitted,

S/Michael J. McCabe
MICHAEL J. MCCABE
Attorney for Petitioner
JAMES MINCOFF