MICHAEL J. McCABE
California Bar No. 54078
2442 Fourth Avenue
San Diego, CA 92101
Telephone (619) 231-1181
Fax (619) 232-6052

Attorney for Petitioner
**JAMES MINCOFF**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(Hon. Larry A. Burns)

| | |
|---|---|
| JAMES MINCOFF,<br><br>Petitioner,<br><br>v.<br><br>MICHAEL B. MUKASEY,<br>Attorney General of the United States;<br><br>PAULA M. JARNACKE,<br>Warden, MCC-San Diego;<br><br>LISA AUSTIN,<br>Operations Manager,<br>Designations Section,<br>United States Bureau of Prisons.<br><br>Respondents. | Civil No. 08cv0524-LAB (NLS)<br><br>**JOINT MOTION OF THE PARTIES FOR TRANSFER OF CASE TO HONORABLE DANA M. SABRAW** |

The parties to the above-entitled case, Petitioner James Mincoff, by and through his counsel, Michael J. McCabe; and the defendants, Michael B. Mukasey, Paula M. Jarnacke, and Lisa Austin, by and through their attorney, AUSA Todd W. Robinson; hereby jointly move this Court for an order transferring this action to Hon. Dana M. Sabraw.

As is noted in the previously filed Notice of Related Case submitted by petitioner on April 2, 2008, the instant civil action is related to the criminal case of United States v. James Mincoff, Criminal Case No. 06CR1241-DMS, originally filed on June 6, 2006, by an indictment filed and returned on that date. Because of this circumstance, and the involvement of Judge

Sabraw in the matter which is the subject of the instant civil action filed pursuant to the provisions of 28 USC § 2241, the parties agree that the instant case ought to be transferred for all purposes to Hon. Dana M. Sabraw.

DATED: April 4, 2008

Respectfully submitted,

S/Michael J. McCabe
MICHAEL J. MCCABE
Attorney for Petitioner
JAMES MINCOFF

DATED: April 4, 2008

S/Todd W. Robinson
AUSA TODD W. ROBINSON,
Attorney for Defendants
MICHAEL B. MUKASEY,
PAULA M. JARNACKE, and
LISA AUSTIN