# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MINCOFF, Petitioner, vs. MICHAEL B. MUKASEY, Attorney General of the United States; PAULA M. JARNACKE, Warden, MCC San Diego; LISA AUSTIN, Operations Manager, Designations Section, United States Bureau of Prisons, Respondents. | CASE NO. 08cv0524-LAB (NLS)<br>**ORDER GRANTING JOINT MOTION TO TRANSFER CASE**<br>(Dkt No. 7) |

The parties to this 28 U.S.C. § 2241 habeas corpus action jointly move the court to transfer the matter for all purposes from the docket of the undersigned District Judge to the Hon. Dana M. Sabraw, whose involvement in a related criminal case they agree creates circumstances making such a transfer appropriate. With the concurrence of Judge Sabraw, **IT IS HEREBY ORDERED** the Clerk of Court shall reassign the case from the undersigned District Judge to Judge Sabraw.

**IT IS SO ORDERED.**

DATED: April 16, 2008

HONORABLE LARRY ALAN BURNS
United States District Judge