**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

JAMES MINCOFF,

Plaintiff,

vs.

MICHAEL B. MUKASEY,

Defendant.

CASE NO. 08cv0524 DMS (NLS)

**ORDER REQUIRING RESPONSE FROM GOVERNMENT**

On March 20, 2008, Petitioner James Mincoff, a federal prisoner proceeding with the assistance of counsel, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 challenging his designated place of confinement. Having received the petition, the United States Attorney is hereby **ORDERED** to file and serve a response to the petition no later than **August 29, 2008**. The Government's response shall include all documents relevant to the issues raised in the petition. Should Petitioner wish to reply to the Government's response, he shall do so no later than **September 5, 2008**. The matter will be deemed under submission at that time, and the parties shall await further order from this Court.

**IT IS SO ORDERED.**

DATED: August 11, 2008

HON. DANA M. SABRAW
United States District Judge