KAREN P. HEWITT
United States Attorney
TODD W. ROBINSON
Assistant U.S. Attorney
California State Bar No. 199888
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7034 /(619) 557-3445
Email: todd.robinson@usdoj.gov

Attorneys for Respondent
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MINCOFF, Petitioner, v. MICHAEL B. MUKASEY, et. al., Respondents. | Criminal Case No. 08cv0524-DMS-NLS<br><br>NOTICE OF APPEARANCE |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this case:

| Name | CBN | Tele. No. | Email Address |
|---|---|---|---|
| Todd W. Robinson | 199888 | 619-557-7034 | todd.robinson@usdoj.gov |

Effective this date, <u>the following attorneys are no longer associated with this case</u> and should <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case:

| Name | CBN | Tele. No. | Email Address |
|---|---|---|---|
| | | | |

DATED: August 29, 2008

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

s/ Todd W. Robionson
TODD W. ROBINSON
Assistant United States Attorney

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MINCOFF,<br>Petitioner,<br>v.<br>MICHAEL B. MUKASEY, et. al.,<br>Respondents. | Criminal Case No. 08cv0524-DMS-NLS<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

I, Todd W. Robinson, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of **NOTICE OF APPEARANCE** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Michael J. McCabe, Esq.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 29, 2008.

s/Todd W. Robinson
TODD W. ROBINSON
Assistant U.S. Attorney