UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES MINCOFF, | ) | Civil Case No. 08cv0524-DMS-NLS |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | CERTIFICATE OF SERVICE |
| MICHAEL B. MUKASEY, et. al., | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

IT IS HEREBY CERTIFIED THAT:

I, Todd W. Robinson , am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of: RETURN TO HABEAS PETITION PURSUANT TO 28 U.S.C. § 2241 on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Michael J. McCabe, Esq.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 29, 2008.

/S/ Todd W. Robinson
TODD W. ROBINSON
ASSISTANT U.S. ATTORNEY