# EXHIBIT B

James Mincoff, Petitioner
v.

Civil Case No: 08-CV-0524-DMS

Michael B. Mukasey,
Attorney General of the United States;

Paula M. Jarnecke,
Warden, Metropolitan Correctional Center, San Diego

Lisa Austin
Operations Manager
Designation Section,
United States Bureau of Prisons

## TABLE OF CONTENTS


| DESCRIPTION OF DOCUMENT | PAGE No. |
| --- | --- |
| E-mail dated 03/06/08 to Ms. Lisa Austin | 1 |

**From:** mccabeatty@aol.com
**To:** GRA-DSC/PolicyCorrespondence&AdminRemedies@bop.gov
**Subject:** JAMES MINCOFF DESIGNATION, RegNo 24240-198
**Date:** Thu, 6 Mar 2008 10:54 am

---

Dear Ms. Austin:

I sent you a letter requesting reconsideration of the designation of James Mincoff, Reg. No. 24240-198, on February 27, 2008. I was recently informed by Mr. Mincoff that, after my letter was sent, he learned from his Unit Manager at the MCC, San Diego, that the computer record regarding his case erroneously reflects that he was convicted of racketeering. In reality, Mr. Mincoff was never charged with that offense, or any related offense. Rather, as reflected in the Amended Judgment in a Criminal Case, enclosed with my letter, Mr. Mincoff's convictions, following a jury trial, were for conspiracy to distribute cocaine, attempted distribution of cocaine, and two "telephone counts" (21 USC Section 843(b).

I would appreciate your consideration of this information in your designation decision.

Please contact me if you require any additional information or documentation regarding this matter.

Thank you.

Michael J. McCabe

---

Supercharge your AIM. Get the AIM toolbar for your browser.

1