# PROOF OF SERVICE

Case Name: **James Mincoff v. Michael B. Mukasey, Paula M. Jarnecke, and Lisa Austin**
Case No.: 3:08cv-00524-LAB
Attorney: **Michael J. McCabe**

I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action. My business address is 2442 Fourth Avenue, San Diego, CA 92101.

On September 5, 2008, I served the within document(s) described as:

**PETITIONER'S REPLY TO GOVERNMENT'S RESPONSE TO PETITION FOR WRIT OF HABEAS CORPUS [28 USC § 2241]**

on the interested parties in this action as stated below:.

VIA ELECTRONIC FILING SYSTEM:

Karen P. Hewitt, United States Attorney
Todd Robinson, Assistant United States Attorney
Nellie Klein, MCC-San Diego
Lisa Austin, Operations Manager, Bureau of Prisons, Grand Prairie, Texas

A confirmed copy of these documents will be hand delivered to the Clerk's Office.

I certify that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on September 5, 2008, at San Diego, California.

I declare under penalty of perjury that the foregoing is true and correct.

**MAUREEN DEVANEY**
(Type or print name)

Maureen Devaney
(Signature)