U.S. Department of Justice

Federal Bureau of Prisons

*Designation & Sentence Computation Center*
*346 Marine Forces Drive*
*Grand Prairie, Texas 75051*

March 26, 2008

The Honorable Dana M. Sabraw
Judge of the U.S. District Court
for the Southern District of California
Edward J. Schwartz U.S. Courthouse
940 Front Street
San Diego, CA 92101

**Re: MINCOFF, James Robert**
Reg. No. 24240-198
Docket No. 06CR1241-DMS

Dear Judge Sabraw:

This is in response to the Court's recommendation that James Mincoff serve his term of confinement at the Federal Correctional Institution (FCI) in Terminal Island, California, during the pendency of any appeal; and if defendant is found to be ineligible for Terminal Island, the Court recommended placement at FCI Lompoc, California. Mr. Mincoff was sentenced in your court to a 240-month term for Conspiracy to Distribute Cocaine, Attempted Distribution of Cocaine, and Unlawful Use of a Communication Facility.

Unfortunately, we were unable to follow the Court's recommendation due to security concerns regarding Mr. Mincoff's continued placement on the West Coast. Accordingly, Mr. Mincoff has been classified as a low security level offender, and has been designated to the low security level facility in Loretto, Pennsylvania.

Mr. Mincoff has filed a habeas petition based on the Bureau's failure to seek the Court's input when we could not follow its recommendation. Bureau policy requires that in cases where the sentencing court recommends the inmate be retained in a place of confinement which will allow the inmate to participate in the preparation of the appeal, the Bureau will make every effort to place the inmate in such a facility. If a reason exists for not placing the inmate in that facility, the matter is called to the attention of the court and an attempt is made to arrive at an acceptable place of confinement.[1] Unfortunately, although Bureau staff noted the judicial recommendations for FCI Terminal Island and FCI Lompoc, they failed to note that these recommendations were for appeal purposes. Therefore, the Bureau did not contact the Court when this designation decision was made.

---

[1] *See* Program Statement 5100.08, Inmate Security Designation and Custody Classification at Chapter 3, page 3, enclosed. A full copy of this program statement is located on our public website at www.bop.gov.

The Bureau continues to maintain that placement at either FCI Terminal Island or FCI Lompoc poses security concerns. Specifically, the agency has been provided information that this inmate may continue to associate with members of certain criminal organizations and requires placement away from the West Coast. Accordingly, the Bureau would request the Court respond and indicate whether its current designation decision is acceptable, or whether the Court has an alternative designation recommendation during the pendency of the appeal. At the present time, inmate Mincoff remains at MCC San Diego pending resolution of this issue and his habeas petition.

Sincerely,

Louis Milusnic
Section Chief
Designations & Classification

hms
Enclosure
cc: Warden, MCC San Diego

DSCC staff must determine if there is a break in custody when the inmate is transferring to federal custody after service of a state sentence. The DSCC usually has access to this type of information for jail credit purposes. If there is no physical release from custody, DSCC staff will consider the state offense as part of the current term of confinement for classification purposes and will not assign any history points for the state offense.

g. Each work day, DSCC Designation Officers determine which cases require designation by displaying a SENTRY Daily Log for a listing of those cases entered the previous day (also to include weekends and holidays). The Designator displays the Initial Designation Data screen and follows the prompts on the screen. This will lead the Designator through a display of the "CIM Clearance and Separatee Data" screen and "Update Security Designation" screen. A list of the appropriate security level facilities will appear in order of proximity to the inmate's legal residence (based on mileage calculated by SENTRY). The final screen in this series requires that the reason for designation be entered, as well as any clearance remarks by the DSCC Designator.

The objective of inmate classification is to place each inmate in the most appropriate facility for service of sentence. To accomplish this, the Designator must consider all relevant information regarding the inmate.

In accordance with Rule 38(b) of the Federal Rules of Criminal Procedure, when the court of conviction recommends that the inmate be retained in a place of confinement which will allow the inmate to participate in the preparation of the appeal, the Bureau will make every effort to place the inmate in such a facility. If a reason exists for not placing the inmate in that facility, the matter is called to the attention of the court and an attempt is made to arrive at an acceptable place of confinement.

h. SENTRY provides information on the capacity and inmate population in each institution. Specifically, for each facility and each Designation Facility (DFCL), SENTRY provides the Rated Capacity, the Designation Capacity, and the percentage of each that the facility or DFCL currently houses.

- The Rated Capacity is a measure of the capacity for which each DFCL was designed.

- The Designation Capacity is the equitable proportion of the inmates in a particular security level that each

**Number of Pages (Including Cover Sheet): __4____**

| | |
|---|---|
| I ATE: | March 26, 2008 |
| 1 O: | The Honorable Dana M. Sabraw |
| I AX NUMBER: | 619-702-9942 |
| I ROM: | Louis Milusnic, Section Chief Designations & Classifications |
| I HONE NUMBER: | 972-352-4449 |
| I AX NUMBER: | |
| S UBJECT: | Judicial Recommendation |

I OTES/COMMENTS:

**S ENSITIVE BUT UNCLASSIFIED**

' he information transmitted from this facsimile may contain sensitive information belonging t › the sender, which is protected by the U.S. Government. If you are not the intended r :cipient, you are hereby notified that any disclosure, copying, distribution or the taking of any a :tion in reliance on the contents of this information is strictly prohibited. If you have r :ceived this transmission in error, please immediately notify us by telephone to arrange for r :turn of the documents.

*********************
*** TX REPORT ***
*********************

TRANSMISSION OK

| | |
|---|---|
| TX/RX NO | 3883 |
| DESTINATION TEL # | 96197029942 |
| DESTINATION ID | |
| ST. TIME | 03/26 11:18 |
| TIME USE | 01'39 |
| PAGES SENT | 4 |
| RESULT | OK |

Federal Bureau of Prisons
Designation and Sentence Computation Center
Grand Prairie Office Complex
U. S. Armed Forces Reserve Complex
346 Marine Forces Drive
Grand Prairie, Texas 75051

# FACSIMILE TRANSMITTAL COVER SHEET

**Number of Pages (Including Cover Sheet): __4_____**

| | |
|---|---|
| DATE: | March 26, 2008 |
| TO: | The Honorable Dana M. Sabraw |
| FAX NUMBER: | 619-702-9942 |
| FROM: | Louis Milusnic, Section Chief Designations & Classifications |
| PHONE NUMBER: | 972-352-4449 |
| FAX NUMBER: | |
| SUBJECT: | Judicial Recommendation |

NOTES/COMMENTS:

**SENSITIVE BUT UNCLASSIFIED**

The information transmitted from this facsimile may contain sensitive information belonging to the sender, which is protected by the U.S. Government. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone to arrange for return of the documents.