UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES MINCOFF, | ) | Case No. 08-CV–524-DMS |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | CERTIFICATE OF SERVICE |
| MICHAEL MUKASEY, et. al., | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

IT IS HEREBY CERTIFIED THAT:

I, Todd W. Robinson, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of the pleading attached to this certificate on all of the parties in the above-captioned case by electronically filing the attached pleading with the Clerk of the District Court using its ECF System, which electronically notifies all parties.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 9, 2008.

/s/ Todd W. Robinson
TODD W. ROBINSON